s**E-filed 2/9/07**

Jordan S. Stanzler (SBN 54620)
Ruben A. Castellon (SBN 154610)
STANZLER FUNDERBURK & CASTELLON LLP
180 Montgomery Street, Suite 1700
San Francisco, California 94104-4205
Telephone: (415) 677-1450
Telecopy:  (415) 677-1476

Attorneys for Plaintiff TYCO THERMAL CONTROLS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC, | Case No. C 06 07164 JF |
| Plaintiff, | STIPULATION/[PROPOSED] ORDER |
| v. | |
| REDWOOD INDUSTRIALS, LAVERNE E. DOOLITTLE, EMILE K. DOOLITTLE, MASHA LAMPERT, AUDREY LAMPERT, MORRIS M. GRUPP, ANNA M. GRUPP, ROLAND LAMPERT, CARLISLE COMPANIES INCORPORATED, CARLISLE CORPORATION, TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC., TENSOLITE INSULATED WIRE CO., COLEMAN CABLE AND WIRE CO., PACIFIC TRANSFORMER CO., HILL MAGNETICS, INC., HILL INDUSTRIES, INC., and ROWE INDUSTRIES, INC., Defendants. | |

1  Whereas, the complaint in this matter was filed on November 17, 2006;

2  Whereas, Defendant Roland Lampert accepted service of the complaint on December 18, 2006;

4  Whereas, Defendant Carlisle Companies Incorporated was served on December 1, 2006;

5  Whereas, a First Amended Complaint was filed on January 15, 2007, before any defendant had filed an answer;

7  Whereas, the First Amended Complaint added a new defendant, Rowe Industries, Inc.;

8  Whereas, the First Amended Complaint was served on Rowe Industries, Inc. on January 26, 2007; Rowe Industries, Inc. is alleged to be the successor to Coleman Cable and Wire Co., Pacific Transformer Co., Hill Magnetics, Inc., and Hill Industries, Inc.;

11  Whereas, the First Amended Complaint was served on Carlisle Companies Incorporated and Carlisle Corporation on January 26, 2007; Carlisle Corporation is alleged to be the successor to Tensolite Insulated Wire Pacific Division, Inc. and Tensolite Wire Co.;

14  Whereas, no defendant has yet served an answer or other responsive pleading to the First Amended Complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:**

1. Attorney Thomas Bishop accepts service of the First Amended Complaint on behalf of Redwood Industrial partnership and all of its partners;

2. Redwood Industrials partnership and its partners Laverne E. Doolittle, Emile K. Doolittle, Masha Lampert, Audrey Lampert, Morris M. Grupp, Anna M. Grupp and Roland Lampert will file an answer or other responsive pleading by February 26, 2007.

3. The Case Management Conference currently scheduled for February 23, 2007 should be rescheduled to a later date, to allow for the filing of an answer or other responsive pleading by other defendants, before the conference takes place.

- 2 -

STIPULATION/ORDER

| | | |
|---|---|---|
| 1 | DATED: February 6, 2007 | STANZLER FUNDERBURK & CASTELLON LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jordan S. Stanzler |
|   | | Attorneys for Plaintiff TYCO THERMAL CONTROLS LLC |
| 5 | | |
| 6 | Dated: February 6, 2007 | LAW OFFICES OF THOMAS E. BISHOP |
| 7 | | By: _____ |
| 8 | | Thomas E. Bishop |
| 9 | | Attorney for Redwood Industrial partnership and its partners |

The date for the Case management Conference is hereby rescheduled to  4/20/07  ; a Case Management Conference Statement is due on  4/13/07 .

IT IS SO ORDERED:

Dated:   2/9/07

_____
Jeremy Fogel
United States District Court Judge

- 3 -

STIPULATION/ORDER