1 | **Thomas E. Bishop, #75844**
**Law Offices of Thomas E. Bishop**
2 | 900 Veterans Blvd., Suite 410
Redwood City, CA 94063-1890
3 | (650) 367-0853

4 | Attorney for Defendants,
Counter-Claimants and Cross-Claimants
5 | REDWOOD INDUSTRIALS, ROLAND
LAMPERT, and AUDREY LAMPERT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD INDUSTRIALS, et al,<br><br>Defendants. | Case No. C 06 07164 JF RS<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY FOR REDWOOD INDUSTRIALS, ROLAND LAMPERT, AND AUDREY LAMPERT**<br><br>Dept.:	Courtroom 3<br>Judge:	Hon. Jeremy Fogel |
| REDWOOD INDUSTRIALS, ROLAND LAMPERT, and AUDREY LAMPERT,<br><br>Counter-Claimants,<br><br>v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>Counter-Defendant. | |
| REDWOOD INDUSTRIALS, ROLAND LAMPERT, and AUDREY LAMPERT,<br><br>Cross-Claimants,<br><br>v.<br><br>CARLISLE COMPANIES INCORPORATED; CARLISLE CORPORATION; TENSOLITE | |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

NOTICE OF SUBSTITUTION OF ATTORNEY FOR
REDWOOD INDUSTRIALS, ROLAND LAMPERT,
AND AUDREY LAMPERT; CASE NO. C 06 07164 JF RS

| | |
|---|---|
| 1 | INSULATED WIRE PACIFIC DIVISION, INC.; TENSOLITE INSULATED WIRE CO.; COLEMAN CABLE AND WIRE CO.; PACIFIC TRANSFORMER CO.; HILL MAGNETICS, INC.; HILL INDUSTRIES, INC.; and ROWE INDUSTRIES, INC., |
| 2 | |
| 3 | |
| 4 | |
| 5 | Cross-Defendants. |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants, Counter-Claimants and Cross-Claimants Redwood Industrials, Roland Lampert, and Audrey Lampert substitute Margaret R. Dollbaum of the law firm of FOLGER LEVIN & KAHN LLP, 275 Battery Street, 23rd Floor, San Francisco, California 94111, as counsel and attorneys of record in this matter in place of Thomas E. Bishop of the Law Offices of Thomas E. Bishop, 900 Veterans Boulevard, Suite 410, Redwood City, CA 94063-1890.

All notices and papers may be served:

> Margaret R. Dollbaum (CSB No. 093725, mdollbaum@flk.com)
> FOLGER LEVIN & KAHN LLP
> Embarcadero Center West
> 275 Battery Street, 23rd Floor
> San Francisco, CA 94111
> Telephone: (415) 986-2800
> Facsimile: (415) 986-2827

///

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-2-

NOTICE OF SUBSTITUTION OF ATTORNEY FOR REDWOOD INDUSTRIALS, ROLAND LAMPERT, AND AUDREY LAMPERT; CASE NO. C 06 07164 JF RS

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: November 20, 2007

FOLGER LEVIN & KAHN LLP

_____
Margaret R. Dollbaum

Dated: October 11/19, 2007

LAW OFFICES OF THOMAS E. BISHOP

_____
Thomas E. Bishop

Dated: October 11/19, 2007

REDWOOD INDUSTRIALS

_____
Roland Lampert, Managing Partner

Dated: October 11/19, 2007

_____
Roland Lampert

Dated: October 11/19, 2007

_____
Audrey Lampert

**IT IS SO ORDERED**

Dated: 12/17/07

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

00001\0016\571476.1

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-3-

NOTICE OF SUBSTITUTION OF ATTORNEY FOR REDWOOD INDUSTRIALS, ROLAND LAMPERT, AND AUDREY LAMPERT; CASE NO. C 06 07164 JF RS