AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Northern** District of **California**    CHAMBERS COPY _ DO NOT FILE
Hon. Jeremy Fogel

Tyco Thermal Controls LLC

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Plaintiff (s),

V.

Redwood Industrials, et al.

CASE NUMBER:  5:06-cv-07164-JF

Defendant (s),

Notice is hereby given that, subject to approval by the court, <u>Rowe Industries, Inc.</u> substitutes
(Party (s) Name)

<u>Gordon & Rees LLP and Michael J. Pietrykowski</u> , State Bar No. <u>118677</u> as counsel of record in
(Name of New Attorney)

place of <u>Ann E. Johnston.</u>
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Gordon & Rees LLP

Address:        275 Battery Street, 20th Floor, San Francisco, CA 94111

Telephone:      415.986.5900                    Facsimile 415.986.8054

E-Mail (Optional):    mpietrykowski@gordonrees.com

I consent to the above substitution.

Date:    June    , 2008

(Signature of Party (s))
Rowe Industries, Inc.

I consent to being substituted.

Date:    June 26 , 2008

(Signature of Former Attorney (s))
Ann E. Johnston

I consent to the above substitution.
Date:    June 26 , 2008

(Signature of New Attorney)
Michael J. Pietrykowski

The substitution of attorney is hereby approved and so ORDERED.

Date:    June   , 2008

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

TCT/8010110/5744636v.1

American LegalNet, Inc.
www.FormsWorkflow.com

**VERIFICATION**

STATE OF CALIFORNIA          )
                            )
COUNTY OF SAN FRANCISCO      )

I, D. Brooke Kinney, declare:

I am the President of Rowe Industries, Inc., a corporation organized and existing under the laws of Delaware, which is the Defendant in the above-entitled action, and I have been authorized to make this verification on its behalf.

I have read the foregoing ROWE INDUSTRIES, INC.'S RESPONSE TO TYCO THERMAL CONTROLS LLC'S  SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS on file herein and know the contents thereof.  To the extent I have personal knowledge of the matters set forth therein, the same are true and correct.  Insofar as said matters are a composite of the information of many individuals, I do not have personal knowledge concerning all of the information contained in said Response, but I am informed and believe that the information set forth therein for which I lack personal knowledge is true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Georgetown, Delaware on the 15 th day of July, 2008.

D. Brooke Kinney

ROWE/1051980/5802530v.1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On July 16, 2008, I served the within documents:

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, CA 94111, addressed as set forth below.

SEE SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 16, 2008 at San Francisco, CA 95111, California.

_____
Eric McGill

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

SERVICE LIST

*TYCO THERMAL CONTROLS LLC v. REDWOOD INDUSTRIES, et al.*
*Northern District of California Case No. C06 07164 JF/RS*

Jordan S. Stanzler
Ruben A. Castellon
Stanzler, Funderburk & Castellon LLP
2275 E Bayshore Rd #100
Palo Alto, CA, 94303
Phone: 650.739.0200
Facsimile: 650.617.6888
Email: jstanzler@sfcfirm.com
        rcastellon@sfcfirm.com

Thomas Edmond Bishop
900 Veterans Blvd., Ste. 410
Redwood City, CA 94063
Phone: 650.367.0853
Facsimile: 650.367.0858
Email: tbishop@pacbell.net

Andrew Wood Ingersoll
Derrick K. Watson
Farella Braus & Martell LLC
Russ Building, 235 Montgomery St.
San Francisco, CA 94104
Phone: 415.954.4400
Facsimile: 415.954.4480
Email: aingersol@fbm.com
        dwatson@fbm.com

Margaret R. Dollbaum
Folger Levin & Kahn
275 Battery St 23FL
San Francisco, CA, 94111
Phone: (415) 986-2800
Facsimile: (415) 986-2827
Email: mdollbaum@flk.com