GLENN A. FRIEDMAN, SB# 104442
PAUL A. DESROCHERS, SB# 214855
ROWENA C. SETO, SB# 235103
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants, Cross-Defendants and Cross-Claimants
CARLISLE COMPANIES INCORPORATED,
CARLISLE CORPORATION and TENSOLITE
COMPANY, sued erroneously herein as
TENSOLITE INSULATED WIRE PACIFIC
DIVISION, INC. and TENSOLITE INSULATED
WIRE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC, | CASE NO. C 06 07164 JF |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER** |
| v. | Judge: Hon. Jeremy Fogel |
| REDWOOD INDUSTRIALS, et al., | Dept. 3 |
| Defendants. | Trial Date: October 23, 2009 |
| AND RELATED CROSS-ACTIONS | ACTION FILED: November 17, 2006 |

Defendants, Cross-Defendants and Cross-Claimants CARLISLE COMPANIES INCORPORATED, CARLISLE CORPORATION and TENSOLITE COMPANY, sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC. and TENSOLITE INSULATED WIRE CO. hereby substitute LEWIS BRISBOIS BISGAARD & SMITH LLP, located at One Sansome Street, San Francisco, CA 94104; telephone number: (415) 362-2580; facsimile number: (415) 434-0882 as attorneys in place of FARELLA BRAUN & MARTEL LLP.

///

1  I consent to the above substitution.

2  DATED: February 10, 2009                CARLISLE COMPANIES INCORPORATED,
3                                          CARLISLE CORPORATION and TENSOLITE
                                           COMPANY, sued erroneously herein as
4                                          TENSOLITE INSULATED WIRE PACIFIC
                                           DIVISION, INC. and TENSOLITE INSULATED
5                                          WIRE CO.

6
7  By /s/ M. Roberson
   Mike Roberson
8  Assistant General Counsel

9
10 I am duly admitted to practice in this District and consent to the above substitution.

11 DATED: February ___, 2009               LEWIS BRISBOIS BISGAARD & SMITH LLP

12
13                                         By_____
                                               Glenn A. Friedman
14

15 We have been given proper notice and consent to the above substitution.

16                                         FARELLA BRAUN & MARTEL LLP

17 DATED: February ___, 2009

18                                         By_____
                                               Andrew W. Ingersoll
19

20 IT IS SO ORDERED:
21 Date: February 26, 2009
22
23                                         _____
                                           Hon. Jeremy Fogel
24                                         UNITED STATES DISTRICT COURT
25
26
27
28

4818-2384-4355.1                    -2-
SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER - C 06 07164 JF

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1  I consent to the above substitution.

2  DATED: February ___, 2009   CARLISLE COMPANIES INCORPORATED,
3                               CARLISLE CORPORATION and TENSOLITE
                                COMPANY, sued erroneously herein as
4                               TENSOLITE INSULATED WIRE PACIFIC
                                DIVISION, INC. and TENSOLITE INSULATED
5                               WIRE CO.

6

7  By_____
       Mike Roberson
8      Assistant General Counsel

9

10  I am duly admitted to practice in this District and consent to the above substitution.

11  DATED: February 12, 2009   LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13  By_____
       Glenn A. Friedman

14

15  We have been given proper notice and consent to the above substitution.

16                              FARELLA BRAUN & MARTEL LLP

17  DATED: February 11, 2009

18  By_____
       Andrew W. Ingersoll
19

20
    IT IS SO ORDERED:
21
    Date: February ___, 2009
22

23

24                              _____
                                Hon. Jeremy Fogel
                                UNITED STATES DISTRICT COURT
25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580