1   FOLGER LEVIN & KAHN LLP
    Margaret R. Dollbaum (CSB No. 093725, mdollbaum@flk.com)
2   Nathanial J. Wood (CSB No. 223547, nwood@flk.com)
    Embarcadero Center West
3   275 Battery Street, 23rd Floor
    San Francisco, CA  94111
4   Telephone: (415) 986-2800
    Facsimile: (415) 986-2827

5

6   Attorneys for Defendants, Counter-Claimants,
    and Cross-Claimants Redwood Industrials,
7   Roland Lampert and Audrey Lampert

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   TYCO THERMAL CONTROLS, LLC,          Case No. C 06 07164 JF RS

13              Plaintiff,                **STIPULATION FOR JOINT DISCOVERY
                                          PLAN, MEDIATION SCHEDULE,**
14        v.                              **EXTENSION OF PRETRIAL AND TRIAL
                                          DATES, AND [PROPOSED] ORDER**
15   REDWOOD INDUSTRIALS, et al.,
                                          Trial Date:  October 23, 2009
16              Defendants.               Dept.:       Courtroom 3
                                          Judge:       Hon. Jeremy Fogel
17   AND RELATED COUNTER AND              ACTION FILED:  November 17, 2006
     CROSS-ACTIONS
18

19        WHEREAS mediation has been set before the court-assigned mediator, ADR Program

20   Staff Attorney Daniel Bowling, on Thursday, June 11, 2009, beginning at 10:00 a.m. at the

21   courthouse,

22        IT IS HEREBY STIPULATED THAT the parties to the above-titled action enter into this

23   Stipulation for a Joint Discovery Plan, Mediation Schedule, and Extension of Pretrial and Trial

24   Dates at the direction of the Court's ADR administrator assigned to mediate this matter,

25   Mr. Daniel Bowling, to facilitate phased completion of certain discovery prior to mediation of

26   this matter in the Court's Alternative Dispute Resolution program.  The parties agree that further

27   discovery would aid efforts to reach a resolution of this litigation in advance of trial.

28   / / /

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

## I. EXTENSION OF PRE-TRIAL DEADLINES

The parties agree to extend the existing pre-trial and trial dates, subject to court approval, in accordance with the recommendation of Mr. Bowling. Accordingly, the parties agree to the following revised schedule for this case:

| Event | Existing Date | New Date |
|---|---|---|
| Discovery Cut-off | June 12, 2009 | **August 31, 2009** |
| Disclosure of Expert Witnesses | July 24, 2009 | **October 16, 2009** |
| Final Date to Hear Dispositive Motions | August 21, 2009 | **November 6, 2009** |
| Pretrial Disclosures | September 23, 2009 | **December 9, 2009** |
| Joint Pretrial Conference Statement Due | October 1, 2009 | **December 16, 2009** |
| Motions in Limine Due | October 6, 2009 | **January 15, 2010** |
| Proposed Jury Instructions, Voir Dire Questions and Jury Questionnaire Due | October 14, 2009 | **January 20, 2010** |
| Pretrial Conference; Trial Exhibits Due | October 16, 2009 | **January 22, 2010** |
| Trial | October 23, 2009 | **January 29, 2010** |

## II. SCOPE OF DISCOVERY PRIOR TO MEDIATION

The ADR director recommends, and the Defendants intend to pursue and complete the following additional discovery before the mediation of this matter:

1. Production of all documents and records in the possession, custody or control of Tyco Thermal Controls, LLC, Tyco International (PA), Inc. and Tyco Electronics and responsive to document requests and subpoenas served by defendants. Production to be completed before April 1, 2009.

2. Depositions of custodians of records of Tyco International (PA), Inc. and Tyco Electronics in response to previously served subpoenas. Depositions to be completed by April 1, 2009, or as soon thereafter as reasonably possible.

3. Deposition of Tyco Thermal Controls, LLC rule 30(b)(6) witnesses related to

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-2-

1   operational history of facilities at 2201 Bay Road from 1973 to the present; specific topics to be

2   enumerated in deposition notice(s).  Deposition(s) to be completed before April 29, 2009.

3       4.  Deposition of 1-3 percipient witnesses related to operational history of facilities at

4   2201 Bay Road from 1973 to the present.  Depositions to be completed before April 29, 2009.

5       5.  Deposition of Paul Cook, former CEO of Raychem Corporation.  Deposition to be

6   completed between April 29 and May 7, 2009, depending upon witness availability.

7       The parties agree to undertake good-faith efforts to complete this proposed discovery in

8   the manner proposed herein but reserve all rights to object to or seek judicial intervention to

9   protect against any such discovery.  The parties further agree that, to the extent disputes

10  surrounding the proposed discovery cannot be resolved without court intervention, they will

11  endeavor to undertake the mediation by the proposed date, or as soon thereafter as practicable.

12      SO STIPULATED.

13

14  Dated:   March 26, 2009        STANZLER, FUNDERBURK & CASTELLON LLP

15

16          /s/ Jordan S. Stanzler
        Jordan S. Stanzler
17          Counsel for Plaintiff
        TYCO THERMAL CONTROLS, LLC
18

19  Dated:   March 26, 2009        FOLGER LEVIN & KAHN LLP

20

21          /s/ Margaret R. Dollbaum
        Margaret R. Dollbaum
22          Counsel for Defendants, Counter-claimants and
        Cross-defendants REDWOOD INDUSTRIALS,
23          ROLAND LAMPERT and AUDREY LAMPERT

24  Dated:   March 26, 2009        GORDON & REES LLP

25

26          /s/ Mordecai D. Boone
        Mordecai D. Boone
27          Counsel for Cross-defendant, Cross-claimant
        ROWE INDUSTRIES, INC.

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIP. FOR JOINT DISCOVERY PLAN, MEDIATION
SCHEDULE, PRETRIAL & TRIAL DATE EXTENSION,
[PROPOSED] ORDER; CASE NO. C 06 07164 JF RS

1    Dated:    March 26, 2009                    LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3                                                    _/s/ Paul A. Desrochers _____ __
                                                          Paul A. Desrochers
4                                                         Glenn A. Friedman
                                                  Counsel for Defendants, Cross-Defendants
5                                                 and Cross-Claimants CARLISLE COMPANIES
                                                  INCORPORATED, CARLISLE CORPORATION and
6                                                 TENSOLITE COMPANY, sued erroneously herein as
                                                      TENSOLITE INSULATED WIRE PACIFIC
7                                                       DIVISION, INC. and TENSOLITE
                                                          INSULATEDWIRE CO.

8

9

10            **IT IS SO ORDERED**

11   DATED: ___3/31_____, 2009    _____
                                                    HON. JEREMY FOGEL
12                                             UNITED STATES DISTRICT JUDGE

13

14
     78072\8001\648719.4
15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW
                                      -4-          STIP. FOR JOINT DISCOVERY PLAN, MEDIATION
                                                   SCHEDULE, PRETRIAL & TRIAL DATE EXTENSION,
                                                   [PROPOSED] ORDER; CASE NO. C 06 07164 JF RS