1   FOLGER LEVIN & KAHN LLP
    Margaret R. Dollbaum (CSB No. 093725, mdollbaum@flk.com)
2   Nathanial J. Wood (CSB No. 223547, nwood@flk.com)
    Embarcadero Center West
3   275 Battery Street, 23rd Floor
    San Francisco, CA  94111
4   Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
5
6   Attorneys for Defendants, Counter-Claimants,
    and Cross-Claimants Redwood Industrials,
    Roland Lampert and Audrey Lampert
7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  TYCO THERMAL CONTROLS, LLC,          Case No. C 06 07164 JF RS

13              Plaintiff,               **STIPULATION FOR JOINT DISCOVERY
                                         PLAN, MEDIATION SCHEDULE, AND
14          v.                           FURTHER EXTENSION OF PRETRIAL
                                         AND TRIAL DATES, AND [PROPOSED]
15  REDWOOD INDUSTRIALS, et al.,         ORDER**

16              Defendants.             Trial Date:    January 29, 2010
                                        Dept.:         Courtroom 3
17                                      Judge:         Hon. Jeremy Fogel
    AND RELATED COUNTER AND             ACTION FILED:  November 17, 2006
18  CROSS-ACTIONS

19

20          WHEREAS mediation before the court-assigned mediator, ADR Program Staff Attorney

21  Daniel Bowling, has been re-set from June 11, 2009 to August 24, 2009, beginning at 10:00 a.m.

22  at the federal courthouse in San Francisco, California,

23          IT IS HEREBY STIPULATED THAT the parties to the above-titled action request that

24  the Court modify its Order dated March 31, 2009, on the parties' Stipulation for a Joint Discovery

25  Plan, Mediation Schedule, and Extension of Pretrial and Trial Dates, to similarly extend the

26  pretrial and trial dates as follows:

27  / / /

28  / / /

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

| Event | Existing Date | New Date |
|---|---|---|
| Discovery Cut-off | August 31, 2009 | **November 9, 2009** |
| Disclosure of Expert Witnesses | October 16, 2009 | **January 8, 2010** |
| Final Date to Hear Dispositive Motions | November 6, 2009 | **January 29, 2010** |
| Pretrial Disclosures | December 9, 2009 | **March 3, 2010** |
| Joint Pretrial Conference Statement Due | December 16, 2009 | **March 10, 2010** |
| Motions in Limine Due | January 15, 2010 | **April 9, 2010** |
| Proposed Jury Instructions, Voir Dire Questions and Jury Questionnaire Due | January 20, 2010 | **April 14, 2010** |
| Pretrial Conference; Trial Exhibits Due | January 22, 2010 | **April 16, 2010** |
| Trial | January 29, 2010 | **April 23, 2010** |

SO STIPULATED.

Dated: May 7, 2009                              STANZLER, FUNDERBURK & CASTELLON LLP


                                                   /s/ Jordan S. Stanzler
                                                   Jordan S. Stanzler
                                                   Counsel for Plaintiff
                                                   TYCO THERMAL CONTROLS, LLC

Dated: May 7, 2009                              FOLGER LEVIN & KAHN LLP


                                                   /s/ Margaret R. Dollbaum
                                                   Margaret R. Dollbaum
                                                   Counsel for Defendants, Counter-claimants and
                                                   Cross-defendants REDWOOD INDUSTRIALS,
                                                   ROLAND LAMPERT and AUDREY LAMPERT

1    Dated: May 7, 2009                          GORDON & REES LLP

2

3                                          _____/s/ Mordecai D. Boone_____
                                                  Mordecai D. Boone
4                                          Counsel for Cross-defendant, Cross-claimant
                                                  ROWE INDUSTRIES, INC.
5

6    Dated: May 7, 2009              LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8                                          _____/s/ Paul A. Desrochers_____
                                                  Paul A. Desrochers
9                                                 Glenn A. Friedman
                                           Counsel for Defendants, Cross-Defendants
10                                         and Cross-Claimants CARLISLE COMPANIES
                                           INCORPORATED, CARLISLE CORPORATION and
11                                         TENSOLITE COMPANY, sued erroneously herein as
                                           TENSOLITE INSULATED WIRE PACIFIC
12                                              DIVISION, INC. and TENSOLITE
                                                  INSULATEDWIRE CO.
13

14

15      **IT IS SO ORDERED**

16

17   DATED: _____5/11_____, 2009    _____
                                                  HON. JEREMY FOGEL
18                                          UNITED STATES DISTRICT JUDGE

19

20
     78072\8001\654813.2
21

22

23

24

25

26

27

28

STIP. FOR PRETRIAL & TRIAL DATE EXTENSION,
[PROPOSED] ORDER; CASE NO. C 06 07164 JF RS