IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REDWOOD INDUSTRIALS, ET AL,<br><br>　　　　Defendant. | No. C 06-07164 JF<br><br>**ORDER DENYING DEFENDANT ROWE INDUSTRIES' REQUEST TO BE EXCUSED FROM MEDIATION** |

Having received and reviewed the written submissions from the parties regarding Defendant Rowe Industries' request to excuse Rowe and its carrier from personal attendance at the mediation, and noting Defendant's failure to comply with ADR Local Rule 6-10, the Court DENIES Defendant's request.

**IT IS SO ORDERED.**

Dated:  August 17, 2009

　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge