FOLGER LEVIN & KAHN LLP
Margaret R. Dollbaum (CSB No. 093725, mdollbaum@flk.com)
Nathanial J. Wood (CSB No. 223547, nwood@flk.com)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Defendants, Counter-Claimants,
and Cross-Claimants Redwood Industrials,
Roland Lampert and Audrey Lampert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC,  <br><br>　　　　　Plaintiff,  <br><br>　　v.  <br><br>REDWOOD INDUSTRIALS, et al.,  <br><br>　　　　　Defendants.  <br><br>AND RELATED COUNTER AND CROSS-ACTIONS | Case No. C 06 07164 JF RS  <br><br>**STIPULATION TO EXTEND TIME TO TAKE CERTAIN DEPOSITIONS**  <br><br>Trial Date:　April 23, 2010  <br>Judge:　　　Hon. Jeremy Fogel  <br>Dept.:　　　Courtroom 3  <br><br>ACTION FILED:  November 17, 2006 |

　　　　WHEREAS, pursuant to the Court's Order, the discovery cut off in this case is November 9, 2009;

　　　　WHEREAS the parties are currently scheduling a mediation in this matter but likely will be unable to complete the mediation prior to the discovery cut off;

　　　　WHEREAS Redwood Industrials and Tyco Thermal Controls intend to take the corporate depositions of defendants Carlisle Companies Incorporated, Carlisle Corporation and Tensolite Company (collectively referred to as "Carlisle") as well as Rowe Industries ("Rowe");

　　　　WHEREAS the parties have agreed for purposes of economy to postpone the depositions of Carlisle and Rowe until after the mediation (and thus after the discovery cut off);

/ / /

1  IT IS HEREBY STIPULATED THAT, pursuant to Federal Rule of Civil Procedure 29, the parties to the above-titled action request that the Court authorize Redwood Industrials and Tyco Thermal Controls to take the corporate depositions of Rowe and Carlisle after the discovery cut off, provided the depositions are noticed to be taken not later than 60 days before the trial date.

SO STIPULATED.

Dated: September 18, 2009         STANZLER, FUNDERBURK & CASTELLON LLP

            /s/ Jordan S. Stanzler
            Jordan S. Stanzler
            Counsel for Plaintiff
            TYCO THERMAL CONTROLS, LLC

Dated: September 18, 2009         FOLGER LEVIN & KAHN LLP

            /s/ Margaret R. Dollbaum
            Margaret R. Dollbaum
            Counsel for Defendants, Counter-claimants and
            Cross-defendants REDWOOD INDUSTRIALS,
            ROLAND LAMPERT and AUDREY LAMPERT

Dated: September 18, 2009         GORDON & REES LLP

            /s/ Mordecai D. Boone
            Mordecai D. Boone
            Counsel for Cross-defendant, Cross-claimant
            ROWE INDUSTRIES, INC.

1  Dated: September 18, 2009                LEWIS BRISBOIS BISGAARD & SMITH LLP

3                                                   /s/ Paul A. Desrochers
                                                    Paul A. Desrochers
4                                                   Glenn A. Friedman
                                              Counsel for Defendants, Cross-Defendants
5                                             and Cross-Claimants CARLISLE COMPANIES
                                              INCORPORATED, CARLISLE CORPORATION and
6                                             TENSOLITE COMPANY, sued erroneously herein as
                                                 TENSOLITE INSULATED WIRE PACIFIC
7                                                    DIVISION, INC. and TENSOLITE
                                                          INSULATEDWIRE CO.

9  **IT IS SO ORDERED**

11 DATED: __10/5_____, 2009   _____
                                                       HON. JEREMY FOGEL
12                                              UNITED STATES DISTRICT JUDGE

14 78072\8001\667703.2

---

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

-3-    STIPULATION TO EXTEND TIME TO TAKE
       CERTAIN DEPOSITIONS, [PROPOSED] ORDER;
       CASE NO. C 06 07164 JF RS

**PROOF OF SERVICE BY U.S. MAIL**

I, Erin Suzukawa, declare:

I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111.

On September 21, 2009, I caused a copy of the following document(s):

**STIPULATION TO EXTEND TIME TO TAKE CERTAIN DEPOSITIONS**

to be deposited in the mail at San Francisco, California along with an unsigned copy of this declaration in a sealed envelope, with postage fully prepaid, addressed to:

**Daniel Bowling**
**US District Court – ADR Unit**
**450 Golden Gate Ave., 16th Fl.**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 21, 2009, at San Francisco, California.

                        /s/ Erin Suzukawa
                        Erin Suzukawa

78072\8001\655700.1