GLENN FRIEDMAN, SB# 10442
PAUL DESROCHERS, SB#214855
ROBERT A. FARRELL, SB#107461
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, CA  94104
Tel:    415.362.2580
Fax:   415.434.0882

**E-Filed 10/28/2009**

Attorneys for Defendants, Cross-Defendants and Cross-Claimants
CARLISLE COMPANIES INC., CARLISLE CORPORATION and TENSOLITE COMPANY, sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC. and TENSOLITE INSULATED WIRE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>          Defendants.<br>_____<br>AND RELATED COUNTER AND CROSS-ACTIONS<br>_____ | CASE NO. C 06 07164 JF RS<br><br>**STIPULATION TO EXTEND TIME TO TAKE DEPOSITION**; [PROPOSED] **ORDER**<br><br>Trial Date:  April 23, 2010<br>Judge:       Hon. Jeremy Fogel<br>Dept.:        Courtroom 3<br><br>ACTION FILED:  November 17, 2006 |

WHEREAS, Defendants CARLISLE COMPANIES INC., CARLISLE CORPORATION and TENSOLITE COMPANY (collectively referred to as "CARLISLE") noticed a deposition in this action for a non-party fact witness, Earth Tech, Inc., on October 23, 2009 pursuant to Federal Rules of Civil Procedure Rules 30 and 45; and

WHEREAS, pursuant to the Court's Order, the discovery cut-off date in this action is November 9, 2009; and

WHEREAS, the corporate designee for Earth Tech, Inc. cannot appear for deposition in this action until after the November 9, 2009 discovery cut-off date due to scheduling conflicts.

1    PURSUANT TO Federal Rules of Civil Procedure Rule 29, IT IS HEREBY STIPULATED
2    AND AGREED by and between the parties to this action through their respective counsel of record
3    that the deposition of Earth Tech, Inc. can be conducted on a mutually agreeable date after the
4    November 9, 2009 discovery cut off date.

**SO STIPULATED.**

Dated: October 27, 2009              STANZLER, FUNDERBURK & CASTELLON, LLP

    /s/ Jordan S. Stanzler
    Jordan S. Stanzler
    Counsel for Plaintiff
    TYCO THERMAL CONTROLS, LLC

Dated:  October 27, 2009             LEWIS BRISBOIS BISGAARD & SMITH LLP

    /s/ Robert Farrell
_____
Robert Farrell
Counsel for Defendants, Cross-Defendants and Cross-Claimants CARLISLE COMPANIES INC., CARLISLE CORPORATION and TENSOLITE COMPANY (sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC. and TENSOLITE INSULATED WIRE COMPANY)

Dated: October 27, 2009              FOLGER LEVIN & KAHN, LLP

    /s/ Margaret R. Dolbaum
    Margaret R. Dolbaum
Counsel for Defendants, Counter-claimants and Cross-defendants REDWOOD INDUSTRIALS, ROLAND LAMPERT and AUDREY LAMPERT

Dated: October 27, 2009              GORDON & REES, LLP

    /s/ Mordecai Boone
    Mordecai D. Boone
Counsel for Defendants, Counter-claimants and Cross-defendants ROWE INDUSTRIES (as alleged successor in interest to Defendants COLEMAN CABLE & WIRE CO., PACIFIC TRANSFORMER CO.; HILL MAGNETICS, INC.; and HILL INDUSTRIES, INC.)

1
2  **IT IS SO ORDERED**
3
4  DATED: __October 28__, 2009      _____
5                                    HON. JEREMY FOGEL
                                     UNITED STATES DISTRICT COURT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4844-1039-9493.1                         3
STIPULATION TO EXTEND TIME TO TAKE CERTAIN DEPOSITIONS (CASE NO. C06 07164 JF RS)

**FEDERAL COURT PROOF OF SERVICE**
**Tyco Thermal Controls, LLC v. Redwood Industrials, et al. - Case No. C 06 07164 JF RS**

STATE OF CALIFORNIA, COUNTY OF SAN JOSE:

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, 14th Floor, San Francisco, California. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 27, 2009, I served the following document(s):

**STIPULATION TO EXTEND TIME TO TAKE DEPOSITION; [PROPOSED] ORDER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable) by the following means:

[X]   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Margaret R. Dollbaum | mdollbaum@flk.com; esuzukaw@flk.com |
| Kristine Glover | kglover@gordonrees.com |
| Nathanial John Wood | nwood@flk.com |
| Paul A. Desrochers | desrochers@lbbslaw.com |
| Teresa R. Morimoto | tmorimoto@sfcfirm.com |
| Daniel Bowling | Daniel_Bowling@cand.uscourts.gov |
| Jordan S. Stanzler | jstanzler@sfcfirm.com |

[X]   **(BY COURT'S CM/ECF SYSTEM)**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 27, 2009, at San Francisco, California.

_____/s/ Karen Binayas_____
Karen Binayas

LEWIS BRISBOIS BISGAARD & SMITH LLP

4844-1039-9493.1                                                             4
STIPULATION TO EXTEND TIME TO TAKE CERTAIN DEPOSITIONS (CASE NO. C06 07164 JF RS)