MICHAEL J. PIETRYKOWSKI (SBN: 118677)
MORDECAI D. BOONE (SBN: 196811)
KRISTINE M. GLOVER (SBN: 245246)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

**E-Filed 11/12/2009**

Attorneys for Defendant and Counter-Claimant
ROWE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>　　　　　　Defendants.<br>_____<br>ROWE INDUSTRIES, INC.,<br><br>　　　　　　Counter-Claimant,<br><br>vs.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>　　　　　　Counter-Defendant. | CASE NO. C-06-07164 JF RS<br><br>[~~PROPOSED~~] ORDER RE: ROWE INDUSTRIES, INC.'S MOTION TO CHANGE TIME OF HEARING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN LIGHT OF PLAINTIFF'S SUBSEQUENTLY FILED MOTION FOR LEAVE TO AMEND THE OPERATIVE COMPLAINT<br><br>Dept.: Courtroom 3<br>Judge: The Honorable Jeremy Fogel<br><br>Complaint Filed: November 17, 2006<br>Trial Date: April 23, 2010 |

Pursuant to Local Rule 6-3, Defendant/counter-plaintiff, ROWE INDUSTRIES, INC. moves this Court for an order rescheduling the December 11, 2009 hearing date of Plaintiff Tyco Thermal Controls, LCC's pending Motion for Summary Judgment to January 29, 2010 at 9 a.m. Having considered the moving and opposition papers, the Motion to Change Time is GRANTED.

-1-

[PROPOSED] ORDER RE: ROWE INDUSTRIES, INC.'S MOTION TO CHANGE TIME OF HEARING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN LIGHT OF PLAINTIFF'S SUBSEQUENTLY FILED MOTION FOR LEAVE TO AMEND THE OPERATIVE COMPLAINT

1    Plaintiff's pending Motion for Summary Judgment is hereby scheduled for hearing on
2    January 29, 2010 at 9 a.m., the same date and time as the defendants' to-be-filed dispositive
3    motions.

4    **IT IS SO ORDERED**

6    DATED: __November 12__, 2009          _____
7                                          HONORABLE JEREMY FOGEL
                                            UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
[PROPOSED] ORDER RE: ROWE INDUSTRIES, INC.'S MOTION TO CHANGE TIME OF HEARING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN LIGHT OF PLAINTIFF'S SUBSEQUENTLY FILED MOTION FOR LEAVE TO AMEND THE OPERATIVE COMPLAINT