GLENN FRIEDMAN, SB# 10442
PAUL DESROCHERS, SB#214855
ROBERT FARRELL, SB#107461
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, CA  94104
Tel:    415.362.2580
Fax:   415.434.0882

Attorneys for Defendants, Cross-Defendants and Cross-Claimants
CARLISLE COMPANIES INC., CARLISLE CORPORATION and TENSOLITE COMPANY, sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC. and TENSOLITE INSULATED WIRE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>            Defendants.<br>_____<br>AND RELATED COUNTER AND CROSS-ACTIONS<br>_____ | CASE NO. C 06 07164 JF RS<br><br>**STIPULATION TO EXTEND TIME TO TAKE DEPOSITION**; [PROPOSED] **ORDER**<br><br>Trial Date:  April 23, 2010<br>Judge:       Hon. Jeremy Fogel<br>Dept.:        Courtroom 3<br><br>ACTION FILED:  November 17, 2006 |

WHEREAS, Defendants CARLISLE COMPANIES INC., CARLISLE CORPORATION and TENSOLITE COMPANY (collectively referred to as "CARLISLE") noticed a deposition in this action for a non-party fact witness, Steven Andrus, on November 9, 2009 pursuant to Federal Rules of Civil Procedure Rules 30 and 45; and

WHEREAS, pursuant to the Court's Order, the discovery cut-off date in this action is November 9, 2009; and

WHEREAS, Mr. Andrus, who resides in Washington, cannot appear for deposition in this action until after the discovery cut-off date due to scheduling conflicts.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4812-8270-8485.1                                                        1
STIPULATION TO EXTEND TIME TO TAKE CERTAIN DEPOSITIONS (CASE NO. C06 07164 JF RS)

1   Pursuant to Federal Rules of Civil Procedure Rule 29, IT IS HEREBY STIPULATED AND
2   AGREED by and between the parties to this action through their respective counsel of record that the
3   deposition of Steven Andrus can be conducted on a mutually agreeable date after the November 9,
4   2009 discovery cut off date in this action.

5   **SO STIPULATED.**

6   Dated: November 6, 2009                STANZLER, FUNDERBURK & CASTELLON, LLP

7                                           /s/ Jordan S. Stanzler

8                                           _____
                                            Jordan S. Stanzler
                                            Counsel for Plaintiff
9                                           TYCO THERMAL CONTROLS, LLC

10
    Dated:  November 6, 2009               LEWIS BRISBOIS BISGAARD & SMITH LLP
11

12                                          /s/ Robert Farrell

13                                          _____
                                            Robert Farrell
                                            Counsel for Defendants, Cross-Defendants and Cross-
14                                          Claimants CARLISLE COMPANIES INC., CARLISLE
                                            CORPORATION and TENSOLITE
15                                          COMPANY (sued erroneously herein as TENSOLITE
                                            INSULATED WIRE PACIFIC DIVISION, INC. and
16                                          TENSOLITE INSULATED WIRE COMPANY)

17
    Dated: November 6, 2009                 FOLGER LEVIN & KAHN, LLP
18
                                            /s/ Margaret R. Dolbaum
19
                                            _____
                                            Margaret R. Dolbaum
20                                          Counsel for Defendants, Counter-claimants and
                                            Cross-defendants REDWOOD INDUSTRIALS,
21                                          ROLAND LAMPERT and AUDREY LAMPERT

22
    Dated: November 6, 2009                 GORDON & REES, LLP
23
                                            /s/ Mordecai D. Boone
24
                                            _____
25                                          Mordecai D.Boone
                                            Counsel for Defendants, Counter-claimants and
26                                          Cross-defendants ROWE INDUSTRIES (as alleged
                                            successor in interest to Defendants COLEMAN
27                                          CABLE & WIRE CO., PACIFIC TRANSFORMER
                                            CO.; HILL MAGNETICS, INC.; and HILL
28                                          INDUSTRIES, INC.)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4812-8270-8485.1                                    2
STIPULATION TO EXTEND TIME TO TAKE CERTAIN DEPOSITIONS (CASE NO. C06 07164 JF RS)

**IT IS SO ORDERED**

DATED: __11/12_____, 2009     _____
                                    HON. JEREMY FOGEL
                                    UNITED STATES DISTRICT COURT JUDGE

**FEDERAL COURT PROOF OF SERVICE**
**Tyco Thermal Controls, LLC v. Redwood Industrials, et al. - Case No. C 06 07164 JF RS**

STATE OF CALIFORNIA, COUNTY OF SAN JOSE:

At the time of service, I was over 18 years of age and not a party to the action.  My business address is One Sansome Street, 14th Floor, San Francisco, California.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 6, 2009, I served the following document(s):

**STIPULATION TO EXTEND TIME TO TAKE DEPOSITION;**
**[PROPOSED] ORDER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable) by the following means:

[X]     **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Margaret R. Dollbaum | mdollbaum@flk.com; esuzukaw@flk.com |
| Kristine Glover | kglover@gordonrees.com |
| Nathanial John Wood | nwood@flk.com |
| Paul A. Desrochers | desrochers@lbbslaw.com |
| Teresa R. Morimoto | tmorimoto@sfcfirm.com |
| Daniel Bowling | Daniel_Bowling@cand.uscourts.gov |
| Jordan S. Stanzler | jstanzler@sfcfirm.com |

[X]     **(BY COURT'S CM/ECF SYSTEM)**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 6, 2009, at San Francisco, California.

                                                    _____/s/ Karen Binayas_____
                                                               Karen Binayas



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4812-8270-8485.1                                                5
STIPULATION TO EXTEND TIME TO TAKE CERTAIN DEPOSITIONS (CASE NO. C06 07164 JF RS)