\*\*E-Filed 4/26/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>    Defendants.<br><br>ROWE INDUSTRIES, INC.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>    Counter-Defendant. | Case Number C 06-07164 JF (PVT)<br><br>ORDER[1] GRANTING ADMINISTRATIVE MOTION TO RELATE CASES<br><br>Re: Docket No. 181 |

Plaintiff Tyco Thermal Controls LLC's unopposed administrative motion to relate *Tyco Thermal Controls LLC v. Rowe Industries, Inc.*, Case No. CV10-01606EMC, to the instant case is GRANTED. The Clerk shall reassign *Tyco Thermal Controls LLC v. Rowe Industries, Inc.*, Case No. CV10-01606EMC to the undersigned.

IT IS SO ORDERED.

DATED: 4/26/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. CV 06-07164 JF (PVT)
ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES
(JFLC1)