1   GLENN FRIEDMAN, SB# 10442
    PAUL DESROCHERS, SB#214855
2   ROBERT A. FARRELL, SB#107461
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3   One Sansome St., Suite 1400
    San Francisco, CA  94104
4   Telephone:  (415) 362.2580
    Facsimile:  (415) 434.0882
5
    Attorneys for Defendants, Cross-Defendants and
6    Cross-Claimants CARLISLE COMPANIES INC.,
    CARLISLE CORPORATION and TENSOLITE
7   COMPANY, sued erroneously herein as
    TENSOLITE INSULATED WIRE PACIFIC
8   DIVISION, INC. and TENSOLITE INSULATED
    WIRE COMPANY
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13   TYCO THERMAL CONTROLS, LLC,        ) CASE NO. C 06 07164 JF RS
                                        )
14          Plaintiff,                  ) **DECLARATION OF PAUL A.**
                                        ) **DESROCHERS  IN SUPPORT OF**
15      v.                              ) **MOTION BY THE CARLISLE**
                                        ) **DEFENDANTS FOR AN ORDER**
16   REDWOOD INDUSTRIALS, et al.,       ) **APPROVING SETTLEMENT, BARRING**
                                        ) **CONTRIBUTION AND INDEMNITY**
17          Defendants.                 ) **CLAIMS PURSUANT TO THE UNIFORM**
                                        ) **COMPARATIVE FAULT ACT AND**
18   _____   ) **DETERMINING GOOD FAITH OF**
                                        ) **SETTLEMENT**
19   AND RELATED COUNTER AND            )
     CROSS-ACTIONS                      )
20                                      ) Date:   June 25, 2010
                                        ) Time:   9:00 a.m.
21                                      ) Dept.:  Courtroom 3
                                        ) Judge:  Hon. Jeremy Fogel
22                                      )
                                        ) ACTION FILED:   November 17, 2006
23   _____   ) TRIAL DATE:     TBD

24          I, Paul A. Descrochers, hereby declare as follows:

25          1) I am an attorney duly licensed to practice in the State of California and in the United States

26   District Court for the Northern District of California.  I am a partner with the Law Firm of Lewis,

27   Brisbois, Bisgaard & Smith LLP, counsel of record for Defendants, Cross-Defendants and Cross-

28   Claimants  CARLISLE  COMPANIES  INC.,  CARLISLE  CORPORATION  and  TENSOLITE

1    COMPANY, sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION,

2    INC. and TENSOLITE INSULATED WIRE COMPANY (collectively referred to as "CARLISLE")

3    in the captioned action.  I have personal knowledge of the facts set forth herein and can testify

4    competently thereto if requested to do so.

5         2)      Attached to this Declaration as Exhibit A is a true and correct copy of Settlement

6    Agreement entered into between CARLISLE and  Plaintiff  TYCO THERMAL CONTROLS LLC

7    ("TYCO THERMAL") in the above captioned action on or about May 21, 2010.

8         I declare that the foregoing is true and correct to the best of my knowledge and belief, dated

9    this 21 day of May, 2010 at San Francisco, California.

10

11                                    /S/  Paul A. Desrochers
                                      Paul A. Descrochers
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4812-7659-0085.1                              2

DECLARATION OF PAUL A. DESROCHERS IN SUPPORT OF MOTION BY CARLISLE DEFENDANTS FOR
AN ORDER APPROVING SETTLEMENT