1  GLENN FRIEDMAN, SB# 10442
   PAUL DESROCHERS, SB#214855
2  ROBERT A. FARRELL, SB#107461
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
3  One Sansome St., Suite 1400
   San Francisco, CA 94104
4  Telephone: (415) 362.2580
   Facsimile: (415) 434.0882
5
   Attorneys for Defendants, Cross-Defendants and
6  Cross-Claimants CARLISLE COMPANIES INC.,
   CARLISLE CORPORATION and TENSOLITE
7  COMPANY, sued erroneously herein as
   TENSOLITE INSULATED WIRE PACIFIC
8  DIVISION, INC.and TENSOLITE INSULATED
   WIRE COMPANY
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  TYCO THERMAL CONTROLS, LLC,          )  CASE NO. C 06 07164 JF
                                         )
15            Plaintiff,                 )  **[PROPOSED] ORDER ON MOTION BY**
                                         )  **THE CARLISLE DEFENDANTS FOR**
16       v.                              )  **ORDER APPROVING SETTLEMENT,**
                                         )  **BARRING CONTRIBUTION AND**
17  REDWOOD INDUSTRIALS, et al.,         )  **INDEMNITY CLAIMS PURSUANT TO**
                                         )  **THE UNIFORM COMPARATIVE FAULT**
18            Defendants.                )  **ACT AND DETERMINING GOOD FAITH**
   _____)  **OF SETTLEMENT**
19                                       )
   AND RELATED COUNTER AND               )  Date:  June 25, 2010
20  CROSS-ACTIONS                        )  Time:  9:00 a.m.
                                         )  Dept.: Courtroom 3
21                                       )  Judge: Hon. Jeremy Fogel
                                         )
22                                       )  ACTION FILED:  November 17, 2006
   _____)  TRIAL DATE:    TBD

23

24       The Motion by Defendants, Cross-Defendants and Cross-Claimants CARLISLE COMPANIES

25  INC., CARLISLE CORPORATION and TENSOLITE COMPANY (sued erroneously herein as

26  TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC.) and  TENSOLITE INSULATED

27  WIRE COMPANY (hereafter, collectively referred to as "CARLISLE") for an Order approving the

28  settlement  reached  between  CARLISLE  and  Plaintiff  TYCO  THERMAL  CONTROLS,  LLC

4836-2436-1222.1                          1

1    (hereafter, "TYCO THERMAL") came on regularly for hearing on June 25, 2010 at 9:00 a.m. in

2    Courtroom Three of the United States District Court for the Northern District of California, San Jose

3    Division, the Honorable Jeremy Fogel presiding.  The Court having considered the pleadings filed

4    in support of and in opposition to said Motion as well as the argument of counsel and good cause

5    appearing, hereby orders as follows:

6          CARLISLE's Motion is GRANTED.  It is further ordered as follows:

7    1.    The settlement between CARLISLE and TYCO THERMAL is found to be in good faith and

8          is hereby approved as a good faith settlement within the meaning of California Code of Civil

9          Procedure Sections 877 and 877.6;

10   2.    The provisions of the Uniform Comparative Fault Act ("UFCA") are applicable and govern

11         the application and legal effect of the settlement reached between CARLISLE and TYCO

12         THERMAL in this action;

13   3.    Pursuant to Section 6 of the UFCA and California Code of Civil Procedure Section 877.6, any

14         and all claims for contribution or indemnity against CARLISLE  arising out of the facts

15         alleged in TYCO THERMAL's First Amended Complaint are barred, regardless of when or

16         by whom such claims are asserted and regardless of whether such claims are made pursuant

17         to CERCLA or any other Federal, State or local statute or law;

18   4.    All claims asserted in this action by CARLISLE against TYCO THERMAL and any other

19         parties are hereby dismissed with prejudice.

20   5.    All claims asserted in this action by TYCO THERMAL and any other parties against

21         CARLISLE are hereby dismissed with prejudice.

22

23   IT IS SO ORDERED.

24

25   Dated: _____, 2010                    _____
                                               THE HONORABLE JEREMY FOGEL
26                                             UNITED STATES DISTRICT COURT

27

28

[PROPOSED] ORDER ON MOTION BY THE CARLISLE DEFENDANTS FOR ORDER APPROVING
SETTLEMENT