Jordan S. Stanzler (SBN 54620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER LAW GROUP
2275 East Bayshore Road, Suite 100
Palo Alto, California 94303
Telephone: (650) 739-0200
Telecopy:   (650) 739-0916

Attorneys for Plaintiff TYCO THERMAL CONTROLS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>Defendants. | Case No. C06-07164 JF/RS<br><br>**STIPULATION RE BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED between the parties in the above-entitled action as follows:

Notwithstanding the administrative motion that Rowe Industries, Inc. ("Rowe") filed, suggesting that the hearing on the motion for good faith settlement be postponed until July 30, 2010, when Rowe's motion to dismiss the related RCRA action entitled *Tyco Thermal Controls LLC v. Rowe Industries, Inc.*, Case No. CV-10-01606 JF, is scheduled to be heard,

Rowe and Tyco Thermal Controls LLC ("Tyco") agree to the following schedule:

1. Tyco will file an opposition to Rowe's motion to dismiss the related RCRA action, Case No. CV-10-01606, by June 30, 2010;
2. Rowe will file a reply brief by July 8, 2010;
3. The motion to dismiss the complaint in the related case No. CV-10-10606 JF may be heard July 16, 2010; and
4. The motions regarding the good faith settlements will be heard on July 16, 2010.

Stipulation Re Briefing Schedule

```
Dated: June __, 2010                    STANZLER LAW GROUP


                                        By: _____
                                            Jordan S. Stanzler
                                            Attorneys for Plaintiff TYCO
                                            THERMAL CONTROLS LLC


Dated: 6/25/2010                        GORDON & REES LLP


                                        By: _____
                                            Mordecai Boone
                                            Attorneys for Defendant Rowe
                                            Industries, Inc.


Dated: 6/25/10                          CROWELL & MORING LLP


                                        By:     s/ Margaret R. Dollbaum
                                            _____
                                            Margaret R. Dollbaum
                                        Attorneys for Defendants, Counter-Claimants and Cross-
                                        Defendants Redwood Industrials, Roland Lampert and
                                        Audrey Lampert


DATED: 6/25/2010                        LEWIS BRISBOIS BISGAARD & SMITH LLP


                                        By: _____
                                            Robert Farrell
                                            Paul A. Desrochers
                                        Attorneys for Defendants, Cross-Defendants and Cross-
                                        Claimants Carlisle Companies Incorporated, Carlisle
                                        Corporation and Tensolite Company, sued erroneously herein
                                        as Tensolite Insulated Wire Pacific Divisions, Inc. and
                                        Tensolite Insulated Wire Co.
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 6-28-2010                        _____
                                        United States District Court Judge

Stipulation Re Briefing Schedule

- 2 -