**E-Filed 7/21/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>　　　　　Defendants.<br><br>ROWE INDUSTRIES, INC.,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>　　　　　Counter-Defendant. | Case Number C 06-07164 JF (PVT)<br><br>Related Case No. C 10-01606 JF (PVT)<br><br>**ORDER[1] GRANTING PLAINTIFF'S REQUEST TO DEFER RULING ON THE GOOD FAITH SETTLEMENT AND DENYING PLAINTIFF'S REQUEST TO FILE ADDITIONAL BRIEFING OR EVIDENCE**<br><br>Re: Docket No. 225 |

　　　On July 16, 2010, Plaintiff Tyco Thermal Controls LLC ("Plaintiff") filed a letter requesting that the Court defer issuing an order on the pending motions for approval of good faith settlement for a period of ten days from the date of the hearing on the motions, which was July 16, 2010. Plaintiff asserts that this request will allow it to meet and confer with the settling-

---

[1] This disposition is not designated for publication in the official reports.

Case No. CV 06-07164 JF (PVT)
ORDER GRANTING PLAINTIFF'S REQUEST TO DEFER RULING ON THE GOOD FAITH SETTLEMENT
AND DENYING PLAINTIFF'S REQUEST TO FILE ADDITIONAL BRIEFING OR EVIDENCE
(JFLC1)

defendants with respect to the disputed issues raised at the hearing on the motions.  Plaintiff's request to defer the ruling for the proposed ten-day period is GRANTED.

Plaintiff also requests leave to file additional briefing or evidence with respect to the content of the parties' settlement discussions.  Plaintiff already has filed several memoranda and presented substantial oral argument in support of its position.  Accordingly, the Court concludes that the motions are appropriate for determination without further briefing or additional evidence.  Plaintiff's request to submit additional briefing or evidence is DENIED.

IT IS SO ORDERED.

DATED: 7/21/2010

_____
JEREMY FOGEL
United States District Judge