**E-Filed 8/17/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>　　　　　Defendants.<br><br>ROWE INDUSTRIES, INC.,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>　　　　　Counter-Defendant. | Case Number C 06-07164 JF (PVT)<br><br>**ORDER[1] RE TYCO'S PENDING MOTION FOR SUMMARY ADJUDICATION**<br><br>Re: Docket No. 72 |

On April 15, 2010, the Court issued an order addressing six separate motions filed by the parties to the instant action. At the same time, the Court deferred determination of a motion for summary adjudication brought by Plaintiff Tyco Thermal Controls LLC ("Tyco") against Defendant Rowe Industries, Inc. ("Rowe"). *See* Dkt. No. 180 at 2 n. 2 ("Tyco also moves for summary adjudication of its substantive CERCLA claims against Rowe. For the reasons

---

[1] This disposition is not designated for publication in the official reports.

Case No. CV 06-07164 JF (PVT)
ORDER RE TYCO'S PENDING MOTION FOR SUMMARY ADJUDICATION
(JFLC1)

1  discussed on the record at oral argument, determination of that motion will be deferred pending
2  additional discovery and investigation of new developments at the Site.")  Good cause therefor
3  appearing, Tyco's pending motion for summary adjudication against Rowe will be
4  administratively terminated without prejudice.  When and if it concludes that the motion is ripe
5  for determination, Tyco may re-notice the motion.
6  IT IS SO ORDERED.
7  DATED: 8/17/2010

_____
JEREMY FOGEL
United States District Judge

2

Case No. CV 06-07164 JF (PVT)
ORDER RE TYCO'S PENDING MOTION FOR SUMMARY ADJUDICATION
(JFLC1)