MORDECAI D. BOONE (SBN: 196811)
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
E-Mail: gzacher@gordonrees.com
mboone@gordonrees.com
qdang@gordonrees.com

Attorneys for Defendant and Counter-Claimant
ROWE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>REDWOOD INDUSTRIALS, et al,<br><br>          Defendants.<br><br>AND ALL CROSS RELATED ACTIONS | CASE NO.   5:06-cv-07164-JF<br>            5:10-cv-01606-JF<br><br>**STIPULATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCES** |

IT IS HEREBY STIPULATED by and between plaintiff TYCO THERMAL CONTROLS LLC and ROWE INDUSTRIES, INC. through their respective counsel, to change the Case Management Conferences set for Friday, in the two matters referenced above, September 3, 2010 in Department 3 of the United States District Court Northern District, San Jose Division to September 10, 2010 in Department 3 of the above-referenced Court.

Dated: August 31, 2010                    GORDON & REES LLP


                                          By: _____
                                              MORDECAI D. BOONE
                                              Attorneys for Defendant and Counter-
                                              Claimant ROWE INDUSTRIES, INC.

ROWE/1051980/8424609v.1

-1-

STIPULATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCES

1 | Dated: August 31, 2010

STANZLER, FUNDERBURK & CASTELLON LLP

By: ___/s/ Jordan S. Stanzler by MDB By Agreement___
JORDAN S. STANZLER
Attorneys for Plaintiffs TYCO THERMAL CONTROLS LLC

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference scheduled for hearing on September 3, 2010, will be changed to September 10, 2010 at __10:30__ a.m./p.m.

DATED: __9/1__, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
STIPULATION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCES