GLENN A. FRIEDMAN, SBN 10442
E-Mail: friedman@lbbslaw.com
PAUL A. DESROCHERS, SBN 214855
E-Mail: desrochers@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome St., Suite 1400
San Francisco, CA  94104
Tel:    415.362.2580
Fax:   415.434.0882

Attorneys for Defendants, Cross-Defendants and
Cross-Complainants CARLISLE COMPANIES INC.,
CARLISLE CORPORATION, TENSOLITE
COMPANY (sued erroneously herein as
TENSOLITE INSULATED WIRE PACIFIC
DIVISION, INC.) and TENSOLITE INSULATED
WIRE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTER AND CROSS-ACTIONS | CASE NO. C 06 07164 JF RS<br><br>**STIPULATION AND ORDER [PROPOSED] OF DISMISSAL OF DEFENDANTS/CROSS-DEFENDANTS/ CROSS-COMPLAINANTS CARLISLE COMPANIES INC., CARLISLE CORPORATION, TENSOLITE COMPANY (sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC.) AND TENSOLITE INSULATED WIRE COMPANY AND DEFENDANTS/ CROSS-DEFENDANTS /CROSS-COMPLAINANTS/COUNTERCLAIMANTS REDWOOD INDUSTRIALS, LAVERNE E. DOOLITTLE, EMILE K. DOOLITTLE, MASHA LAMPERT, AUDREY LAMPERT, MORRIS M. GRUPP, ANNA M. GRUPP, AND ROLAND LAMPERT**<br><br>**Federal Rules of Civil Procedure, Rule 41(a)(2)**<br><br>Trial Date:　No Trial Set<br>Action Filed:　11/17/06 |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff /Counter-Defendant TYCO THERMAL CONTROLS, LLC (hereinafter "TYCO THERMAL"); Defendants/Cross-

4848-7821-7735.1

1

**STIPULATION AND ORDER [PROPOSED] OF DISMISSAL OF CARLISLE AND REDWOOD DEFENDANTS**

Defendants/Cross-Complainants CARLISLE COMPANIES INC., CARLISLE CORPORATION, TENSOLITE COMPANY (sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC.) and TENSOLITE INSULATED WIRE COMPANY (collectively hereinafter "CARLISLE"); Defendants/Cross-Defendants/Cross-Complainants/Counter-Claimants REDWOOD INDUSTRIALS, LAVERNE E. DOOLITTLE, EMILE K. DOOLITLE, MASHA LAMPERT, AUDREY LAMPERT, MORRIS M. GRUPP, ANNA M. GRUPP, and ROLAND LAMPERT (collectively hereinafter "REDWOOD"); and Defendant/Cross-Defendant/Cross-Complainant/Counter-Claimant ROWE INDUSTRIES, INC. (as alleged successor in interest to defendants COLEMAN CABLE & WIRE CO., PACIFIC TRANSFORMER CO., HILL MAGNETICS, INC. and HILL INDUSTRIES, INC.) (collectively hereinafter "ROWE") hereby stipulate, with a request for Court approval, as follows:

**WHEREAS** TYCO THERMAL and CARLISLE have reached a settlement of the claims alleged by TYCO THERMAL as against CARLISLE, which has been reduced to writing, executed by the parties, and fully funded by CARLISE;

**WHEREAS** TYCO THERMAL and REDWOOD have reached a settlement of the claims alleged by TYCO THERMAL as against REDWOOD, which has been reduced to writing, executed by the parties, and fully funded by REDWOOD;

**WHEREAS** CARLISLE and REDWOOD brought motions seeking approval of their respective settlements pursuant to California Code of Civil Procedure § 877.6 and orders barring contribution, indemnity, and other claims pursuant to CERCLA and the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 1996; and

**WHEREAS** the Court issued an Order on 8/12/10 granting CARLISLE's and REDWOOD'S motions, approving the settlements, and barring contribution and indemnity claims against CARLISLE and REDWOOD.

TYCO THERMAL hereby dismisses, with prejudice, its operative complaint and all causes of action therein as against CARLISLE and REDWOOD.

CARLISLE hereby dismisses with prejudice, its operative cross-complaint and all causes of action therein as against TYCO THERMAL, REDWOOD and ROWE.

1  REDWOOD hereby dismisses with prejudice, its operative cross-complaint and counterclaim
2  and all causes of action therein as against TYCO THERMAL, CARLISLE and ROWE.
3  ROWE hereby dismisses with prejudice, its operative cross-complaint and all causes of action
4  therein as against CARLISLE and REDWOOD.
5  Each party to bear its own costs and attorneys' fees.
6  **IT IS SO STIPULATED:**

7  Dated: September 10, 2010     STANZLER LAW GROUP

8                                By      /S/ Jordan S. Stanzler
                                  Jordan S. Stanzler, Esq.
9                                 Attorneys for Plaintiff
                                  TYCO THERMAL CONTROLS, LLC
10

11 Dated: September 10, 2010     LEWIS BRISBOIS BISGAARD & SMITH LLP

12                                By:     /S/ Paul A. Desrochers
                                  Paul A. Desrochers, Esq.
13                                Attorneys for Defendants/Cross-Defendants/Counter-Claimants
                                  CARLISLE COMPANIES INC., CARLISLE
14                                CORPORATION, TENSOLITE COMPANY (sued
                                  erroneously herein as TENSOLITE INSULATED WIRE
15                                PACIFIC DIVISION, INC.) and TENSOLITE INSULATED
                                  WIRE COMPANY
16

17 Dated: September 10, 2010     LAW OFFICE OF MARGARET DOLLBAUM

18                                By:     /S/ Margaret R. Dollbaum
                                  Margaret R. Dollbaum, Esq.
19                                Attorneys for Defendants/Cross-Defendants/Counter-Claimants
                                  REDWOOD INDUSTRIALS, ROLAND LAMPERT and
20                                AUDREY LAMPERT

21
22 Dated: September 10, 2010     GORDON & REES LLP

23                                By:     /S/ Mordecai D. Boone
                                  Mordecai D. Boone, Esq.
24                                Attorneys for Defendants/Counter-Claimants
                                  ROWE INDUSTRIES, INC.

25
26  Pursuant to General Order 45, section X.B., I hereby attest that I have on file all holograph
   signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

27                                        /S/ Paul A. Desrochers
                                          Paul A. Desrochers
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4848-7821-7735.1                   3
**STIPULATION AND ORDER [PROPOSED] OF DISMISSAL OF CARLISLE AND REDWOOD DEFENDANTS**

# ORDER

The parties having stipulated to the dismissal of the complaint, counter-claims and cross-complaints as to Defendants/Cross-Defendants/Cross-Complainants CARLISLE COMPANIES INC., CARLISLE CORPORATION, TENSOLITE COMPANY (sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC.) and TENSOLITE INSULATED WIRE COMPANY and Defendants/Cross-Defendants/Cross-Complainants/Counter-Claimants REDWOOD INDUSTRIALS, LAVERNE E. DOOLITTLE, EMILE K. DOOLITTLE, MASHA LAMPERT, AUDREY LAMPERT, MORRIS M. GRUPP, ANNA M. GRUPP, and ROLAND LAMPERT.

**IT IS ORDERED** that TYCO THERMAL's Complaint herein as to Defendants CARLISLE COMPANIES INC., CARLISLE CORPORATION, TENSOLITE COMPANY (sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC.), TENSOLITE INSULATED WIRE COMPANY, REDWOOD INDUSTRIALS, LAVERNE E. DOOLITTLE, EMILE K. DOOLITTLE, MASHA LAMPERT, AUDREY LAMPERT, MORRIS M. GRUPP, ANNA M. GRUPP, and ROLAND LAMPERT is dismissed, with prejudice, each party to bear its own costs.

**IT IS ORDERED** that the Cross-Complaint brought by CARLISLE COMPANIES INC., CARLISLE CORPORATION, TENSOLITE COMPANY (sued erroneously herein as TENSOLITE INSULATED WIRE PACIFIC DIVISION, INC.), and TENSOLITE INSULATED WIRE COMPANY is dismissed, with prejudice, each party to bear its own costs.

**IT IS ORDERED** that the Cross-Complaint and Counter-Claim brought by REDWOOD INDUSTRIALS, ROLAND LAMPERT and AUDREY LAMPERT is dismissed, with prejudice, each party to bear its own costs.

**IT IS ORDERED** that the Cross-Complaint brought by ROWE INDUSTRIES as to Cross-Defendants REDWOOD INDUSTRIALS, ROLAND LAMPERT and AUDREY LAMPERT is dismissed, with prejudice, each party to bear its own costs.

Dated: 9/13, 2010

_____
United States District Court Judge