MORDECAI D. BOONE (SBN: 196811)
BETHANY A. STAHLEY (SBN: 209421)
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
E-Mail: mboone@gordonrees.com
bstahley@gordonrees.com

Attorneys for Defendant and Counter-Claimant
ROWE INDUSTRIES, INC.

**E-Filed 1/5/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>REDWOOD INDUSTRIALS, et al,<br><br>    Defendants.<br><br>AND ALL CROSS RELATED ACTIONS | CASE NO. 5:06-cv-07164-JF<br>5:10-cv-01606-JF<br><br>ORDER APPROVING STIPULATION RE BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION TO STRIKE |

IT IS HEREBY STIPULATED by and between plaintiff TYCO THERMAL CONTROLS LLC ("Tyco") and defendant ROWE INDUSTRIES, INC. ("Rowe") through their respective counsel, that the briefing schedule for Tyco's Motion for Partial Summary Judgment, Rowe's Motion for Summary Judgment, and Tyco's Motion to Strike Certain Expert Opinions Offered by Rowe Industries, Inc. is amended as follows:

   1.   Rowe's Opposition to Tyco's Motion for Partial Summary Judgment shall be filed and served on January 3, 2011;

   2.   Tyco's Opposition to Rowe's Motion for Summary Judgment shall be filed and served on January 3, 2011;

1        3.     Rowe's Opposition to Tyco's Motion to Strike shall be filed and
served on January 3, 2011;

         4.     Tyco's Reply in Support of its Motion for Partial Summary Judgment
shall be filed and served on January 10, 2011;

         5.     Rowe's Reply in Support of its Motion for Summary Judgment shall
be filed and served on January 10, 2011;

         6.     Tyco's Reply in Support of its Motion to Strike shall be filed and
served on January 10, 2011;

         7.     Hearing on Tyco's Motion for Partial Summary Judgment, Rowe's
Motion for Summary Judgment and Tyco's Motion to Strike is confirmed on
January 21, 2011 as previously scheduled.

Dated: December 21, 2010                GORDON & REES LLP

                                        By: /s/
                                            MORDECAI D. BOONE
                                            BETHANY A. STAHLEY
                                            Attorneys for Defendant and
                                            Counter-Claimant
                                            ROWE INDUSTRIES, INC.

Dated: December ___, 2010               STANZLER LAW GROUP


                                        By:        /S/
                                            JORDAN S. STANZLER
                                            JEFFREY M. CURTISS
                                            Attorneys for Plaintiff
                                            TYCO THERMAL CONTROLS
                                            LLC

## ORDER

IT IS HEREBY ORDERED that:

1.     Rowe's Opposition to Tyco's Motion for Partial Summary Judgment
is to be filed and served on January 3, 2011;

2.     Tyco's Opposition to Rowe's Motion for Summary Judgment is to be

1  filed and served on January 3, 2011;

2      3.    Rowe's Opposition to Tyco's Motion to Strike is to be filed and
3  served on January 3, 2011;

4      4.    Tyco's Reply in Support of its Motion for Partial Summary Judgment
5  is to be filed and served on January 10, 2011;

6      5.    Rowe's Reply in Support of its Motion for Summary Judgment is to
7  be filed and served on January 10, 2011;

8      6.    Tyco's Reply in Support of its Motion to Strike shall be filed and
9  served on January 10, 2011;

10      7.    Hearing on Tyco's Motion for Partial Summary Judgment, Rowe's
11  Motion for Summary Judgment and Tyco's Motion to Strike is confirmed on
12  January 21, 2011 as previously scheduled.

14  DATED: 1/5/2011 ,
15  ~~2010~~--

UNITED STATES DISTRICT COURT JUDGE

*[signature]*

STIPULATION RE BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111