**E-Filed 1/21/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>Defendants.<br><br>ROWE INDUSTRIES, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>TYCO THERMAL CONTROLS LLC,<br><br>Counter-Defendant. | Case Nos. 5:06-cv-07164-JF/PSG<br>              5:10-cv-01606-JF/PSG<br><br>ORDER[1] TERMINATING PENDING MOTIONS; RE-OPENING DISCOVERY FOR LIMITED PURPOSES; AND SETTING CASE MANAGEMENT CONFERENCE<br><br>[Re: Docket Nos. 247, 251, 255, 263, 291, 292] |

For the reasons stated on the record at the January 21, 2011 hearing, all pending motions are terminated without prejudice, discovery is re-opened for the limited purposes discussed on the record, and a case management conference will be held on March 25, 2011, at 10:30 a.m.

---

[1] This disposition is not designated for publication in the official reports.

Case Nos. 5:06-cv-07164-JF/PSG; 5:10-cv-01606-JF/PSG
ORDER TERMINATING PENDING MOTIONS; RE-OPENING DISCOVERY FOR LIMITED PURPOSES; AND SETTING CASE MANAGEMENT CONFERENCE
(JFLC1)

**IT IS SO ORDERED.**

DATED: January 21, 2011

_____
**JEREMY FOGEL**
**United States District Judge**

2
Case Nos. 5:06-cv-07164-JF/PSG; 5:10-cv-01606-JF/PSG
ORDER TERMINATING PENDING MOTIONS; RE-OPENING DISCOVERY FOR LIMITED PURPOSES; AND SETTING CASE MANAGEMENT CONFERENCE
(JFLC1)