\*\*E-Filed 5/18/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>  Defendants.<br><br>ROWE INDUSTRIES, INC.,<br><br>  Counter-Claimant,<br><br>  v.<br><br>TYCO THERMAL CONTROLS LLC,<br><br>  Counter-Defendant. | Case Nos. 5:06-cv-07164-JF/PSG<br>        5:10-cv-01606-JF/PSG<br><br>ORDER[1] DENYING WITHOUT PREJUDICE MOTION FOR ENTRY OF PRETRIAL SCHEDULING ORDER |

   Plaintiff Tyco Thermal Controls LLC ("Tyco") seeks entry of a pretrial scheduling order. However, it appears that Tyco's motion is premature in light of the potential need for additional discovery that could result from the disposition of the pending motion for summary judgment filed by Defendant Rowe Industries, Inc.  Accordingly, the motion for entry of a pretrial

---

   [1] This disposition is not designated for publication in the official reports.

Case Nos. 5:06-cv-07164-JF/PSG; 5:10-cv-01606-JF/PSG
ORDER DENYING WITHOUT PREJUDICE MOTION FOR ENTRY OF PRETRIAL SCHEDULING ORDER
(JFLC1)

1  scheduling order will be DENIED WITHOUT PREJUDICE.

2  **IT IS SO ORDERED.**

3

4  DATED: May 16, 2011

          **JEREMY FOGEL**
          **United States District Judge**

2

Case Nos. 5:06-cv-07164-JF/PSG; 5:10-cv-01606-JF/PSG
ORDER DENYING WITHOUT PREJUDICE MOTION FOR ENTRY OF PRETRIAL SCHEDULING ORDER
(JFLC1)