MORDECAI D. BOONE (SBN: 196811)
BETHANY A. STAHLEY (SBN: 209421)
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
E-Mail: mboone@gordonrees.com
bstahley@gordonrees.com

Attorneys for Defendant and Counter-Claimant
ROWE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>REDWOOD INDUSTRIALS, et al,<br><br>Defendants.<br><br>AND ALL CROSS RELATED ACTIONS | CASE NO.  5:06-cv-07164-JF<br>5:10-cv-01606-JF<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR TYCO'S MOTIONS FOR SUMMARY JUDGMENT AND HEARING DATE** |

IT IS HEREBY STIPULATED by and between plaintiff TYCO THERMAL CONTROLS LLC ("Tyco") and defendant ROWE INDUSTRIES, INC. ("Rowe") through their respective counsel, that the briefing schedule for Tyco's Motions for Partial Summary Judgment, both filed on June 10, 2011, and the hearing dates for Tyco's Motions for Partial Summary Judgment and Rowe's pending Motion for Partial Summary Judgment, are extended as follows, pursuant to Local Rule 6-2:

1. Rowe's Opposition Briefs to Tyco's Motions for Partial Summary Judgment shall be filed and served on July 7, 2011;

2. Tyco's Reply Briefs in Support of its Motions for Partial Summary Judgment shall be filed and served on July 14, 2011;

3. Hearing on Tyco's Motions for Partial Summary Judgment and Rowe's pending Motion for Partial Summary Judgment, all currently scheduled to be heard on July 15, 2011, will now be heard on July 29, 2011.

Dated: June 17, 2011   GORDON & REES LLP

By: _____
MORDECAI D. BOONE
Attorneys for Defendant and Counter-Claimant
ROWE INDUSTRIES, INC.

Dated: June 17, 2011   STANZLER LAW GROUP

By: _____/s/_____
JORDAN S. STANZLER
Attorneys for Plaintiff
TYCO THERMAL CONTROLS LLC

### ORDER

IT IS HEREBY ORDERED that:

1. Rowe's Opposition Briefs to Tyco's Motions for Partial Summary Judgment shall be filed and served on July 7, 2011;

2. Tyco's Reply Briefs in Support of its Motions for Partial Summary Judgment shall be filed and served on July 14, 2011;

3. Hearing on Tyco's Motions for Partial Summary Judgment and Rowe's pending Motion for Partial Summary Judgment, all currently scheduled to be heard on July 15, 2011, will now be heard on July 29, 2011.

DATED: 6/20, 2011   _____
UNITED STATES DISTRICT COURT JUDGE

Tyco Thermal Controls LLC v. Redwood Industrials, et al.
USDC Northern Dist. No. 5:06-cv-07164 JF PVT and 5:10-cv-01606-JF

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111.

On the date set forth below, I served the within documents: **STIPULATION RE BRIEFING SCHEDULE FOR TYCO'S MOTIONS FOR SUMMARY JUDGMENT AND HEARING DATE**

[X] (By Electronic Transfer) I caused the above document to be served through CM/ECF addressed to all parties appearing on the electronic service list on the date executed below. The file transmission was reported as complete and a copy of the "file & serve receipt" page will be maintained with the original document(s) in our office.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at , addressed as set forth below.

**Attorneys for Plaintiff**
Jordan S. Stanzler, Esq.
STANZLER, FUNDERBURK & CASTELLON LLP
2275 East Bayshore Road, Suite 100
Palo Alto, CA, 94303
Phone: (650) 739-0200
Facsimile: (650) 617-6888
Email: jstanzler@sfcfirm.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 17, 2011, at San Francisco, California.

_/s/ Janice Walton_
Janice Walton

ROWE/1051980/8949372v.1