UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC, | Case No: C 06-7164 SBA |
| Plaintiff, | **ORDER** |
| vs. | Docket 349 |
| REDWOOD INDUSTRIALS, LLC., et al., | |
| Defendants. | |

On September 28, 2011, the instant action was reassigned to this Court from Judge Jeremy Fogel.  Two days later on September 30, 2011, Plaintiff filed a "Request for Permission to File Motion for Clarification and/or Reconsideration." Dkt. 349.  Plaintiff's motion seeks leave to file a motion for clarification or reconsideration of Judge Fogel's ruling issued on September 19, 2011.

The Court's Civil Standing Orders contain the following requirement: "3. **Meet and Confer Requirement**: All parties are required to meet and confer before filing any motion or any non-stipulated request with this court, and to certify that they have complied with this requirement." Dkt. 348 at 5:8-9.  The parties are warned that the Court may not consider papers that are not in compliance with the Court's Standing Orders.  Id. at 5:23-25.  Here, there is no indication in Plaintiff's motion that it met and conferred with Defendants prior to filing said motion.  In addition, Plaintiff's motion fails to comport with Civil Local Rule 7-9, which governs motions for reconsideration.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Request for Permission to File Motion for Clarification and/or Reconsideration is DENIED without prejudice.  This Order terminates Docket 349.

IT IS SO ORDERED.

Dated: October 6, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge