DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL (SBN 128083)
    rdongell@dlflawyers.com
THOMAS F. VANDENBURG (SBN 163446)
    tvandenburg@dlflawyers.com
PAUL D. RASMUSSEN (SBN 201680)
    prasmussen@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA 90017-3609
Telephone: (213) 943-6100
Facsimile: (213) 943-6101

Attorneys for Plaintiff and Counter-Defendant
TYCO THERMAL CONTROLS, LLC

FILED
NOV 29 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>Defendants. | Case No.: CV-06-07164-SBA<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY**<br><br>Dept.: Courtroom 1, 4th Floor<br>Judge: The Honorable Saundra Brown Armstrong<br><br>Complaint Filed: November 17, 2006<br>Trial Date:  March 5, 2012 |
| ROWE INDUSTRIES, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>Counter-Defendant. | |
| TYCO THERMAL CONTROLS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROWE INDUSTRIES, INC.,<br><br>Defendant. | Related Action:<br>Case No. CV-10-01606-SBA |

THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT:

Plaintiff and Counter-Defendant Tyco Thermal Controls, LLC, makes the following substitution:

1. Former legal representative:

   STANZLER LAW GROUP
   Jordan S. Stanzler (SBN 54620)
   Jeffrey M. Curtiss (SBN 239199)
   2275 East Bayshore Road, Suite 100
   Palo Alto, CA 94303
   Telephone: (650) 739-0200
   Facsimile: (650) 739-0916

   .2. New legal representative as follows:

   DONGELL LAWRENCE FINNEY LLP
   RICHARD A. DONGELL (SBN 128083)
   rdongell@dlflawyers.com
   THOMAS F. VANDENBURG (SBN 163446)
   tvandenburg@dlflawyers.com
   PAUL D. RASMUSSEN (SBN 201680)
   prasmussen@dlflawyers.com
   707 Wilshire Boulevard, 45th Floor
   Los Angeles, CA 90017-3609
   Telephone: (213) 943-6100
   Facsimile: (213) 943-6101

3. The party making this substitution is Plaintiff and Counter-Defendant Tyco Thermal Controls, LLC.

   I hereby consent to this substitution.

DATED: November 17, 2011          TYCO THERMAL CONTROLS, LLC.

                                   By: _____
                                   for Tyco Thermal Controls, LLC

///
///

2

NOTICE OF SUBSTITUTION OF ATTORNEY

| | | |
|---|---|---|
| 1 | DATED: November 17, 2011 | STANZLER LAW GROUP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jordan Stanzler |
| 5 | | Former Attorneys for Plaintiff and Counter-Defendant Tyco Thermal Controls, LLC |
| 6 | | |
| 7 | DATED: November 17, 2011 | DONGELL LAWRENCE FINNEY LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Thomas F. Vandenburg |
| | | New Attorneys for Plaintiff and Counter-Defendant Tyco Thermal Controls, LLC |

IT IS SO ORDERED

Dated: 11/29/11

_____
Hon. Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TYCO THERMAL CONTROLS LLC,

       Plaintiff,

v.

REDWOOD INDUSTRIALS, ET AL et al,

       Defendant.

                                 /

Case Number: CV06-07164 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur P. Hui
Tyco Flow Control
9 Roszel Road
Princeton, NJ 08540

Paul David Rasmussen
Dongell Lawrence Finney LLP
707 Wilshire Blvd #2700
Los Angeles, CA 90017

Thomas Tolbert Alspach
295 Bay Street, Suite One
P.O. Box 1358
Easton, MD 21601-1358

Dated: November 30, 2011

                                          Richard W. Wieking, Clerk
                                          By: Jessie Mosley, Deputy Clerk