UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>    Defendants. | Case No.: CV-06-07164-SBA (DMR)<br><br>[PROPOSED] ORDER RE STRIKING OF SUPPLEMENTAL EXCHANGED SETTLEMENT CONFERENCE STATEMENT |
| ROWE INDUSTRIES, INC.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>    Counter-Defendant. | Complaint Filed: November 17, 2006<br>Trial Date:      March 5, 2012 |
| TYCO THERMAL CONTROLS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ROWE INDUSTRIES, INC.,<br><br>    Defendant. | |

///
///
///
///

1

[PROPOSED] ORDER RE STRIKING OF SUPPLEMENTAL EXCHANGED SETTLEMENT
CONFERENCE STATEMENT

1   On January 25, 2012, Plaintiff and Counter-Defendant Tyco Thermal Controls
2   LLC filed a Supplemental Exchanged Settlement Conference Statement (Doc. No. 375).
3   Per Court Rules, this document should not have been filed with the Court.
4   Accordingly, IT IS HEREBY ORDERED that Tyco Thermal Controls LLC's
5   Supplemental Exchanged Settlement Conference Statement (Doc. No. 375) ~~is hereby~~ shall be stricken
6   and removed from the Court Record.
7
8   IT IS SO ORDERED.
9
10  DATED: January __26__, 2012
11  _____
    United State ~~District Judge~~ Magistrate Judge
12  Judge Donna M. Ryu
13
14
15  SUBMITTED BY:
16  DONGELL LAWRENCE FINNEY LLP
17  RICHARD A. DONGELL (SBN 128083)
    rdongell@dlflawyers.com
18  THOMAS F. VANDENBURG (SBN 163446)
    tvandenburg@dlflawyers.com
19  PAUL D. RASMUSSEN (SBN 201680)
    prasmussen@dlflawyers.com
20  707 Wilshire Boulevard, 45th Floor
    Los Angeles, CA 90017
21  Telephone: (213) 943-6100
22  Facsimile:  (213) 943-6101
    Attorneys for Plaintiff and Counter-Defendant
23  TYCO THERMAL CONTROLS, LLC
24
25
26
27
28

2

[PROPOSED] ORDER RE STRIKING OF SUPPLEMENTAL EXCHANGED SETTLEMENT
CONFERENCE STATEMENT

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed by Judge Donna M. Ryu]*