UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED ACTIONS. | Case No:  C 06-7164 SBA<br>　　　　　　　C 10-1606 SBA<br><br>**ORDER MODIFYING ORDER FOR PRETRIAL PREPARATION**<br><br>Docket 378 |

　　　　Pursuant to the parties' stipulation,

　　　　IT IS HEREBY ORDERED THAT the Order for Pretrial Preparation (Dkt. 356) is MODIFIED as follows:

　　　　1.　　The deadline for Pretrial Preparation is enlarged from January 31, 2012 to February 14, 2012.

　　　　2.　　The deadline for filing motions in limine and objections to evidence is enlarged from February 7, 2012 to February 17, 2012.  The parties must certify in writing that they have met and conferred with respect any motion in limine and/or objection to evidence.

　　　　3.　　The deadline for responses to motions in limine and objections to evidence is enlarged from February 14, 2012 to February 24, 2012.  Replies may be filed by no later than February 28, 2012.

　　　　4.　　The pretrial conference is continued from February 28, 2012 to March 6, 2012 at 1:00 p.m.

　　　　5.　　The trial date is continued from March 5, 2012 to March 12, 2012 at 8:30 a.m.

6. All other provisions and deadlines set forth in the Order for Pretrial Preparation shall remain unchanged.

7. This Order shall be filed in both actions.

IT IS SO ORDERED.

Dated: January 17, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge