UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>REDWOOD INDUSTRIALS, ET AL,<br><br>   Defendants.<br>_____/<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>ROWE INDUSTRIES, INC.,<br><br>   Defendants.<br>_____/ | No. C-06-07164 SBA (DMR)<br>No. C-10-01606 SBA (DMR)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the settlement conference before Magistrate Judge Donna M. Ryu set for **March 1, 2012** has been taken off calendar. A settlement conference may be scheduled at a later time.

IT IS SO ORDERED.

Dated: February 27, 2012

_____
DONNA M. RYU
United States Magistrate Judge