**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC, | No. C-06-07164 SBA (DMR) |
| Plaintiff(s), | |
| v. | |
| REDWOOD INDUSTRIALS, ET AL, | |
| Defendant(s). | |
| _____/ | |
| TYCO THERMAL CONTROLS, LLC, | No. C-10-01606 SBA (DMR) |
| Plaintiff(s), | **NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |
| v. | |
| ROWE INDUSTRIES, INC., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

You are hereby notified that a further settlement conference is scheduled for **July 10, 2012 at 2:00 p.m.**, in Courtroom 4, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated October 27, 2011. *See* Docket Nos. 357 (Case No. 06-7164), 68 (Case No. 10-1606). By no later than **5:00 p.m. on July 6, 2012**, the

1  parties shall each submit a Confidential Settlement Letter to the undersigned at the following email
2  address: DMRpo@cand.uscourts.gov.

4         IT IS SO ORDERED.

6  Dated:  July 2, 2012

   _____
   DONNA M. RYU
   United States Magistrate Judge

**United States District Court**
For the Northern District of California