# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD INDUSTRIALS, LLC., et al.,<br><br>Defendants. | Case No.  3:06-07164 NC<br>                3:10-01606 NC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court will hold a case management conference on August 2, 2012 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10.  No later than July 30, 2012, the parties must file in ECF a joint case management conference statement with proposed dates for trial.  Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: July 26, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge