DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL (SBN 128083)
rdongell@dlflawyers.com
THOMAS F. VANDENBURG (SBN 163446)
tvandenburg@dlflawyers.com
JOSHUA N. LEVINE (SBN 171840)
jlevine@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Plaintiff and Counter-Defendant
TYCO THERMAL CONTROLS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>　　　　Defendants. | Case No.:  CV-06-07164-NC<br><br>[PROPOSED] ORDER GRANTING TYCO THERMAL CONTROLS, LLC'S REQUEST FOR USE OF ELECTRONIC EQUIPMENT AT TRIAL<br><br>[Request filed concurrently herewith] |
| ROWE INDUSTRIES, INC.,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>　　　　Counter-Defendant. | Complaint Filed: November 17, 2006<br>Trial Date:　　　 January 22, 2013<br><br>Related Action:<br>Case No. CV-10-01606-NC |
| TYCO THERMAL CONTROLS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROWE INDUSTRIES, INC.,<br><br>　　　　Defendant. | |

1

**TO DEFENDANT AND ITS ATTORNEY OF RECORD:**

After due consideration of Tyco Thermal Controls, LLC's ("Tyco") Request for Use of Electronic Equipment at Trial, the Court issues the following Order:

**IT IS HEREBY ORDERED** that Tyco is granted permission to use each of the following pieces of electronic equipment at trial:

- [X]  Electronic Visual Evidence Presenter ("Elmo"), provided by Tyco
- [X]  Dell 2400 MP Projector, provided by Tyco
- [X]  Laptop, provided by Tyco
- [X]  The Projector Screen, located in the Courtroom

DATED: January 14, 2013

APPROVED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA