DONGELL LAWRENCE FINNEY LLP
RICHARD A. DONGELL (SBN 128083)
rdongell@dlflawyers.com
THOMAS F. VANDENBURG (SBN 163446)
tvandenburg@dlflawyers.com
JOSHUA N. LEVINE (SBN 171840)
jlevine@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA  90017-3609
Telephone:  (213) 943-6100
Facsimile:   (213) 943-6101

Attorneys for Plaintiff and Counter-Defendant
TYCO THERMAL CONTROLS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REDWOOD INDUSTRIALS, et al.<br><br>Defendants. | CASE NO.  4:06-cv-07164-NC<br><br>**~~JOINT PROPOSED~~ ORDER RE TRIAL STIPULATIONS**<br><br>Trial Date:     January 22, 2013<br>Time:            9:00 a.m.<br>Courtroom:   1, 4th Floor<br>Judge:           Hon. Nathanael Cousins |
| ROWE INDUSTRIES, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>TYCO THERMAL CONTROLS, LLC,<br><br>Counter-Defendant. | Complaint Filed: November 17, 2006<br>Trial Date:           January 22, 2013 |
| TYCO THERMAL CONTROLS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROWE INDUSTRIES, INC.,<br><br>Defendant. | Related Action:<br>Case No. CV-10-01606-NC |

1

It is hereby stipulated by the parties that the following shall apply in the trial of this matter:

1. The parties shall advise the other side via electronic mail of their intent to call a trial witness at least forty-eight (48) hours in advance of calling the witness. This rule applies to both expert and fact witnesses.

2. The parties shall provide copies of any demonstrative evidence they intend to use at trial at least twenty-four (24) hours in advance of attempting to use said demonstratives in Court.

3. Any party may use the Consumer Price Index (CPI) inflation calculator of the Bureau of Labor Statistics as evidence of present day value for U.S. currency paid in the past which is determined to be relevant to this matter by the Court. The CPI calculator may be found at the following website: http://www.bls.gov/data/inflation_calculator.htm.

4. At a party's option, any deposition testimony admitted by the Court, may be 1) read into the record (which will count against the proffering party's trial time); or 2) admitted with an offer of proof (and permitting the other party to respond to the offer) for the Court to read at a later time (which will not count against the proffering party's trial time.)

5. The videotape deposition of Orin Potter will be played in its entirety in Tyco's case-in-chief but the time of the deposition will be allotted evenly between the parties.

Dated: January 15, 2013                              GORDON & REES LLP

                                            By:     /S/ Mordecai Boone
                                                    Mordecai Boone
                                                    Christopher D. Strunk
                                                    Bethany A. Stahley
                                                    Attorneys for Defendant and Cross-Complainant
                                                    ROWE INDUSTRIES, INC.

1 | Dated: January 15, 2013          DONGELL LAWRENCE FINNEY LLP

By: /S/ Joshua N. Levine
Joshua N. Levine
Attorneys for Plaintiff and Counter-Defendant
TYCO THERMAL CONTROLS, LLC

IT IS SO ORDERED.

Dated: January 16, 2013

_____
Nathanael M. Cousins, United States Magistrate Judge

**APPROVED**
Judge Nathanael M. Cousins