MICHAEL J. PIETRYKOWSKI (SBN: 118677)
MORDECAI D. BOONE (SBN: 196811)
CHRISTOPHER D. STRUNK (SBN: 214110)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant and Counter-Claimant
ROWE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO THERMAL CONTROLS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>REDWOOD INDUSTRIALS, et al.,<br><br>Defendants.<br><br>AND ALL CROSS RELATED ACTIONS. | CASE NO. 4:06-cv-07164-NC<br><br>[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME TO HEAR ROWE INDUSTRIES, INC.'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULE 6-1(B)<br><br>Date: TBD<br>Time: TBD<br>Courtroom: A<br>Judge: Hon. Nathanael Cousins |

Pursuant to Local Rule 6-3, Defendant ROWE INDUSTRIES, INC. moves this Court for an order shortening time to hear its Motion to Approve Supersedeas Bond such that the motion is heard on or before May 15, 2013. Having considered the moving and opposition papers, if any, the Motion to Change Time is GRANTED.

It is ORDERED that the hearing on Rowe's Motion to Approve Supersedeas Bond shall be heard on May 8, 2013. Opposition, if any, shall be filed and served no later than April 29, 2013. Reply, if any, shall be filed and served no later than May 3, 2013. Rowe

// //

// //

// //

-1-

1    shall have until May 15, 2013 to post any bond.

2    **IT IS SO ORDERED**

4    DATED: _____April 19_____, 2013    _____
           HONORABLE NATHANAEL M. COUSINS

